UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

| United States of America, | |
|---|---|
| Plaintiff, | No. 17-CR-439 (LAP) |
| -against- | No. 22-CV-3288 (LAP) |
| Jamel Goddard, | ORDER |
| Defendant. | |

LORETTA A. PRESKA, Senior United States District Judge:

    Before the Court is Mr. Goddard's motion pursuant to 28 U.S.C. § 2255 (Dkt. no. 52 in 17-cr-439 and dkt. no. 10 in 22-cv-3288.)  The Government shall respond to Mr. Goddard's motion no later than February 17, 2023. Mr. Goddard may reply to the Government's response no later than March 10, 2023.

    The Clerk of the Court is directed to mail Mr. Goddard a copy of this order.

**SO ORDERED.**

Dated:    January 19, 2023
           New York, New York

_____
LORETTA A. PRESKA
Senior United States District Judge

1